**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| JEFFREY PHILLIPS, et al., | : | Case No. 1:19-cv-611 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| vs. | : | |
| VILLAGE OF NEW RICHMOND, OHIO, et al., | : | |
| Defendants. | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 47)**

---

The Court has reviewed the Report and Recommendation (Doc. 47) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Defendant Village of New Richmond's Motion for Judgment on the Pleadings (Doc. 38) is **GRANTED, IN PART,** as to Plaintiff's § 1983 claim. The Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining claims, which are **DISMISSED WITHOUT PREJUDICE** so that they may bring them in state court. Accordingly, the Court **DENIES** Defendant Synsys Gatso USA, Inc.'s Motion to Dismiss (Doc. 27) and Motion for Judgment on the Pleadings (Doc. 41) as moot.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ________________________
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE