IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JEFFREY PHILLIPS, et al., | : | Case No. 1:19-cv-611 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| VILLAGE OF NEW RICHMOND, OHIO, et al., | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** Defendant Village of New Richmond's Motion for Judgment on the Pleadings (Doc. 38) is **GRANTED, IN PART,** as to Plaintiff's § 1983 claim.  The Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining claims, which are **DISMISSED WITHOUT PREJUDICE** so that they may bring them in state court.  Accordingly, the Court **DENIES** Defendant Synsys Gatso USA, Inc.'s Motion to Dismiss (Doc. 27) and Motion for Judgment on the Pleadings (Doc. 41) as moot.

September 15, 2020.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
    Deputy Clerk